United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT CASINO SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSIENT PATH, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-09872-WHO<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 54 |

On June 28, 2022, plaintiff IT Casino Solutions, LLC ("ITCS") filed an administrative motion seeking to extend the briefing schedule on the pending motion for summary judgment. Dkt. No. 54. ITCS requested that the due date for its opposition, which was set for July 5, 2022, be extended to thirty days after the close of expert discovery—which the parties have proposed will occur on June 2, 2023. *See id.*, *see also* Dkt. No. 44.

Having reviewed the motion, along with defendant Transient Path, LLC's opposition, the motion is DENIED. If ITCS believes that it cannot present facts essential to justify its opposition to the summary judgment motion, it may oppose under Federal Rule of Civil Procedure 56(d). Its response to the summary judgment motion is due by July 20, 2022. Any reply is due by July 27, 2022. The hearing remains scheduled for August 24, 2022.

**IT IS SO ORDERED.**

Dated: July 8, 2022

William H. Orrick
United States District Judge