1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT CASINO SOLUTIONS, LLC, a

California limited liability company.

Plaintiff,

v.

TRANSIENT PATH, LLC, a limited

liability company, and DOES 1-10.

Defendants.

CASE NO. 3:21-cv-09872-WHO

[PROPOSED] ORDER ON JOINT
STIPULATION OF DISMISSAL
WITH PREJUDICE

The Court, having reviewed the Joint Stipulation of Dismissal with Prejudice, filed by Plaintiff IT Casino Solutions, LLC, and Defendant Transient Path, LLC, orders that this case, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs, expenses, and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 29, 2022

_____
William H. Orrick
United States District Judge

[Proposed] Order on Joint Stipulation to Dismiss with Prejudice

CASE NO. 3:21-cv-09872-WHO